## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Darrell Carter and Mona Carter, | Civil No. 10-210 (DWF/LIB) |
| Plaintiffs, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Wells Fargo Bank N.A., and Wells Fargo Mortgage, | |
| Defendants. | |

Darrell Carter and Mona Carter, *Pro Se*, Plaintiffs.

Charles F. Webber, Esq., and Myriam Pierre Warren, Esq., Faegre & Benson LLP, counsel for Defendants.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter,

**IT IS HEREBY ORDERED:**

Based on the foregoing, and all the files, records and proceedings herein,

1. Defendants' Motion for Summary Judgment (Doc. No. [22]) is **GRANTED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 1, 2011         s/Donovan W. Frank
                            DONOVAN W. FRANK
                            United States District Judge